UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Sara Pardy, et al.

                v.                  Case No. 09-cv-192-SM

Alabama Farmers Cooperative, Inc., et al.


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER: #68, Response to Alabama Farmers Cooperative, Inc.'s Reply to Plaintiff's Objection to Alabama's Motion for Summary Judgment, filed by Plaintiffs

DATE FILED: May 10, 2010

    LR 7.1(e)(2)          Nondispositive motion: reply memorandum is not permitted without prior leave of court.


It is herewith ordered that the document is stricken from the docket and must be refiled as an attachment to a motion for leave to file.


SO ORDERED.

                                                   _____
                                                   Steven J. McAuliffe
                                                   Chief Judge


cc:       All Counsel of Record