UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Estate of Robert Pardy
through its Administrators
Kyley Gobin & Sara Pardy</u>

and

<u>Estate of Cody Pardy
through its Administrator
Dorothy Ferland,</u>
    Plaintiffs

      v.                      Case No. 09-cv-192-SM

<u>Alabama Farmers Cooperative, Inc.
d/b/a/ Bonnie Plant Farm,
Highlands Fuel Delivery, LLC, and
Johnson & Dix Fuel Corporation,</u>
    Defendants


ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2


DOCUMENT/FILER:    #88, Reply to Highlands Fuel Delivery's Objection to Motion to Compel Production of Documents, filed by Plaintiffs

DATE FILED:    September 17, 2010

The document above fails to comply with:

LR 7.1(e)(2)    Nondispositive motion: reply memorandum is not permitted without prior leave of court


It is herewith ordered that the document is stricken, and must be refiled.


SO ORDERED.

September 10, 2010

                                          _____
                                          Steven J. McAuliffe
                                          Chief Judge


cc:    All Counsel of Record